```
                 UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF FLORIDA
                      FORT MYERS DIVISION
```

KARTER RIEVES, ACCESS NOW, INC.,

          Plaintiff,

vs.                         Case No.   2:04-cv-37-FtM-33DNF

STEER-MILL, INC.,

          Defendant.
_____/

### ORDER

This matter comes before the Court on Plaintiff's Motion for Attorney's and Expert Fees, Litigation Expenses, and Costs (Doc. #21) filed on April 22, 2005.  Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court may designate a magistrate judge to conduct hearings and to submit to the Court proposed findings of fact and recommendations for the disposition of such motion.  For purposes of judicial economy and in order to expedite the disposition of the Plaintiff's motion, the Court shall so refer the motion.

    Accordingly, it is hereby

    **ORDERED, ADJUDGED, and DECREED:**

The pending Motion for Attorney's and Expert Fees, Litigation Expenses, and Costs (Doc. #21) is hereby **referred** to Douglas N. Frazier, United States Magistrate Judge, for the issuance of a Report and Recommendation, including any hearings, motions, and

deadlines related thereto.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 25th day of April, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record