UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KARTER RIEVES, ACCESS NOW, INC.,

    Plaintiff,

vs.                              Case No.   2:04-cv-37-FtM-33DNF

STEER-MILL, INC.,

    Defendant.
_____/

### ORDER

    This matter is before the Court on consideration of United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #24), entered on May 18, 2005, recommending that Plaintiffs' Motion for Attorneys' and Expert's Fees, Litigation Expenses and Costs (Doc. #21) be granted in part. In his Report and Recommendation (Doc. #24), the magistrate judge recommends that the Court award $1616.00 in attorneys' fees and $593.59 for costs and expenses, for a total award of $2209.59. To date, the Defendant has not filed an objection to the Report and Recommendation (Doc. #24), and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review

factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n. 9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge, and the recommendation of the magistrate judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED, and DECREED:**

1. United States Magistrate Judge Douglas N. Frazier's Report and Recommendation (Doc. #24) is **ACCEPTED** and **ADOPTED**.

2. Plaintiffs' Motion for Attorneys' and Expert's Fees, Litigation Expenses and Costs (Doc. #21) is **GRANTED** in part, and the Plaintiffs are hereby awarded $1616.00 in attorneys' fees and $593.59 for costs and expenses, for a total award of $2209.59.

3. The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all

previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 6th day of June, 2005.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Parties of Record